# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTIAN MOSQUERA**, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>vs.<br>**COMMAND INTERNATIONAL SECURITY, INC., NAFEES MEMON, and DOES 1 through 10, inclusive,**<br>Defendants. | Case No.: CV 20-3638-DMG (SKx)<br>**ORDER TO DISMISS WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO CLASS CLAIMS [22]** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, the above-captioned action is dismissed in its entirety with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The parties shall bear their own costs and attorneys' fees.

DATED: September 30, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE